**2010–0278.   Perry v. Karnes.**
In Habeas Corpus. On emergency petition for writ of habeas corpus of Carmella Perry. Sua sponte, cause dismissed.
   MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2006–1259.   State ex rel. Coles v. Granville.**
In Mandamus. On motions for contempt and for leave to file a supplement to the appendix of the motion for contempt. Motion for contempt denied. Motion for leave to file a supplement to the appendix of the motion for contempt denied as moot.
   O'DONNELL, J., not participating.

**2009–0918.   State ex rel. FedEx Ground Package Sys., Inc. v. Indus. Comm.**
Franklin App. No. 07AP–959, 182 Ohio App.3d 152, 2009-Ohio-1708. On request for oral argument. Request denied.

**2009–1497.   Torrance v. Bealer.**
In Mandamus and Prohibition. On motion for sanctions for frivolous action pursuant to S.Ct.Prac.R. 14.5(A). Motion granted to the following extent: Respondents are awarded attorney fees in the amount of $10,137.

**2009–1547.   Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 07–1080–GA–AIR and 07–1081–GA–ALT. On motion for stay of execution. Motion denied.

**2010–0015.   State v. Notestine.**
Ottawa App. No. OT–08–038, 2009-Ohio-3220. On motion for leave to file delayed appeal. Motion granted.
   LUNDBERG STRATTON, O'DONNELL, and LANZINGER, JJ., dissent.

**2010–0022.   State v. Canty.**
Mahoning App. No. 08–MA–156, 2009-Ohio-6161. On motion for leave to file delayed appeal. Motion granted.
   O'CONNOR and O'DONNELL, JJ., dissent.

**2010–0023.   State v. Russell.**
Trumbull App. No. 2008–T–0074, 2009-Ohio-5213. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; cause consolidated with 2009–2078, *State v. Russell*, Trumbull App. No. 2008–T–0074, 2009-Ohio-5213; and briefing schedule stayed.

**2010–0024.   Westfield Ins. Co. v. Hunter.**
Butler App. Nos. CA2009–05–134 and CA2009–06–157, 2009-Ohio-5642. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' Entry filed December 8, 2009:
   "When construing an insurance policy exclusion, does an injury 'arise out' of a premises only if some dangerous condition exists on the premises that caused or contributed to the injury, or must the injury only originate in or have a causal connection with the premises?"
   The conflict case is *Am. States Ins. Co. v. Guillermin* (1995), 108 Ohio App.3d 547, 671 N.E.2d 317.
   Sua sponte, cause consolidated with 2009–2214, *Westfield Ins. Co. v. Hunter*, Butler App. Nos. CA2009–05–134 and CA2009–06–157, 2009-Ohio-5642.

**2010–0033.   State v. Myler.**
Cuyahoga App. No. 93670. On motion for leave to file delayed appeal. Motion denied.